In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

FILED

AUG 1 2 2016

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 12, 2015                    **Time:** 14 minutes

**Court Reporter:** Lydia Zinn

**Case No. and Name:** CR- 15-0366CRB   USA v Vicente Eduardo Garcia (present)

**Attorneys:** (P)Adam Reeves, Aisling O'Shea      (D) Ismail Ramsey, Fernando Tamayo

**USPO:**

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Change of plea

### SUMMARY:

The defendant is placed under oath, the Court admonishes the defendant regarding his entry of a guilty plea to count one of the information and reviews the plea agreement with him. The defendant enters a plea of guilty to count one, the Court accepts the plea of guilty and the defendant is adjudged guilty.

Sentencing set for December 16, 2015 at 10:00 a.m., matter is referred to probation for preparation of a pre-sentence report.

() The defendant ___ is remanded to the custody of the United States Marshal.