UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 16, 2015     **Time:** 50 minutes     **Judge:** CHARLES R. BREYER

**Case No.**: 15-CR-366-CRB-1     **Case Name:** USA v. Vincente Eduardo Garcia

**Attorney for Government:** Adam Reeves
**Attorney for Defendant:** Fernando Tamayo, Ismail Ramsey, Kendall Coffey
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Lori Stokes
**Interpreter:** N/A                       **Probation Officer:** Jill Spitalieri

### PROCEEDINGS

SENTENCING - HELD

### SUMMARY

The court sentenced the defendant to custody of the Bureau of Prisons for a period of 22 months. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100.00, which shall be due immediately. The court did not impose a fine. Defendant shall self-surrender on 03/15/2016. The Court recommends defendant designated in a facility close to Miami, FL.