IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENTE EDUARDO GARCIA,<br><br>Defendant. | Case No. 15-cr-00366-CRB-1<br><br>**ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE** |

Defendant Vincente Eduardo Garcia moves for early termination of his Supervised Release pursuant to 18 U.S.C. § 3583(e). Dkt. 25. For the reasons set out in his motion, the Court GRANTS Garcia's motion and TERMINATES his supervised release.

**IT IS SO ORDERED.**

Dated: May 23, 2019

_____
CHARLES R. BREYER
United States District Judge